UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF DARWIN UZIEL GARCIA MOREL, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>*Defendants.* | HON. KEVIN MCNULTY<br><br>*Civil Action No.* 2:16-cv-01640-KM-MAH<br><br>**STIPULATION OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiffs Estate of Darwin Uziel Garcia Morel and Maria E. Morel, Defendant United States of America and Defendant Trinitas Regional Medical Center, through their attorneys, that the Plaintiffs' Complaint shall be dismissed with prejudice as to the United States of America, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS HEREBY FURTHER STIPULATED that the Plaintiffs' Complaint shall be dismissed without prejudice as against Trinitas Regional Medical Center with each party to bear its own costs, expenses, and attorneys' fees. The Plaintiffs may re-file their Complaint against Trinitas Regional Medical Center in an appropriate New Jersey state court within 30 days of the dismissal of this action.

IT IS HEREBY FURTHER STIPULATED that the cross-claims for contribution and indemnification asserted by Defendant Trinitas Regional Medical Center against Defendant United States of America shall be dismissed without prejudice with each party to bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED:**

  s/*Douglas D. Burgess*                    s/*Allan B. K. Urgent*

Douglas D. Burgess, Esq.           Allan B. K. Urgent, AUSA
Icaza, Burgess & Grossman, P.C.    United States Attorney's Office
550 Broad Street                       970 Broad Street, Suite 700
Newark, NJ 07102                  Newark, NJ 07102
(973) 799-0700                     (973) 297-2079
*Attorneys for the Plaintiffs*          *Attorneys for Defendant*
                                         *United States of America*

Dated: February 7, 2018
                                         Dated: January 24, 2018

  s/ *Paul Jason Miller*

Paul Jason Miller, Esq.
DeCotiis, Fitzpatrick & Cole LLP
Glenpoint Centre West
500 Frank W. Burr Blvd.
Teaneck, NJ 07666
(201) 928-1100
*Attorneys for Defendant Trinitas Regional Medical Center*

Dated: February 7, 2018


**SO ORDERED:**

February __, 2018

                                         Honorable Kevin McNulty
                                         United States District Judge